UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **TAWNNEY M. CALDWELL (2)** <br> a/k/a Tawnney Thomas <br><br> **CHANCE P. DEAKIN (3)** <br> a/k/a Chance Roberts <br><br> **CHRISTOPHER C. ROBERTS (4)** <br><br> **JAMES T. HARMON (5)** <br><br> **CHANDRA D. HARMON (6)** <br><br> Defendants. | Case No. **3:18CR032-TMR** <br><br><br><br> **UNITED STATES' MOTION TO FILE MOTION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER UNDER SEAL** |

Now comes the United States Attorney and moves this Court, pursuant to its inherent power to control papers filed with the Court, for a protective order sealing the Motion for Protective Order and Protective Order until otherwise directed by this Court.

In support of this Motion, the United States Attorney states that the disclosure of the contents of the Protective Motion and Order are not warranted.

//

//

//

//

//

WHEREFORE, the United States of America respectfully requests that the Protective Motion and Order be sealed and kept from public inspection until otherwise ordered by this Court.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Sheila G. Lafferty
SHEILA G. LAFFERTY (0042554)
AMY M. SMITH (0081712)
Assistant United States Attorneys
Attorney for Plaintiffs
200 West Second Street
Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Sheila.Lafferty@usdoj.gov
Amy.Smith2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served this 5th day of November, 2018, electronically on: Jon P. Rion, Esq., David L. Doughten, Esq., Steven Justice, Esq., Aaron G. Durden, Esq., Michael Monta, Esq. and Timothy E. Schneider, Esq.

s/Sheila G. Lafferty
SHEILA G. LAFFERTY
Assistant United States Attorney