IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.  3:18CR032 |
| v. | : | JUDGE THOMAS M. ROSE |
| JAMES T. HARMON (5) | : | JOINT MOTION FOR CONTINUANCE |

_____

Comes now the United States of America, by and through counsel, and Michael L. Monta counsel for defendant, and respectfully moves this Court for a continuance of the trial scheduled to commence on April 29, 2019 until the trials are complete in *United States v. Sterling Roberts* (1) and *Tawnney Caldwell* (2).  The granting of this continuance will not prejudice defendant.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant a continuance of the trial.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/Amy M. Smith                                               s/Michael L. Monta (Auth email 4/8/19)
AMY M. SMITH (0081712)                            MICHAEL L. MONTA, ESQ.
Assistant United States Attorney                   Attorney for Defendant
Attorney for Plaintiff                                        3625 Old Salem Road
200 West Second Street, Suite 600            Dayton, Ohio 45415
Dayton, Ohio 45402                                       (937) 890-6921
(937) 225-2910                                                Fax: (937) 890-6922
Fax: (937) 225-2564

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served this 9th day of April 2019, electronically on: Michael L. Monta, Esq.

 s/Amy M. Smith
AMY M. SMITH (0081712)
Assistant United States Attorney