**PLEA ON INDICTMENT**          Date: **6/10/21**

CASE CAPTION: **USA v. James Harmon**    CASE NUMBER: **3:18-cr-32-05**

Pltf's Attorney: **Amy Smith**      Deft's. Attorney: **Mike Monta**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| ____ | Interpreter ___ appeared and sworn. |
| **X** | Defendant sentencing guidelines range discussed and Defendant states she understood possible sentence. |
| **X** | Guideline levels states as Level **15/I**. |
| **X** | Defendant's constitutional rights explained and Defendant stated she understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant**. |
| **X** | Plea agreement accepted by Court and made a permanent part of the record. |
| **X** | Statement of Facts summarization read into record by **AUSA**. |
| **X** | Defendant acknowledged accuracy of Statement of Facts including summarization. |
| **X** | Defendant entered plea of **guilty** to Count(s) **1**. |
| **X** | Plea accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Presentence Investigation (PSI). |
| ____ | Other: ____ |
| ____ | Bond Conditions: ____ |
| **X** | Other: **Sentencing to be scheduled with Counsel** |

COURT REPORTER: **Mary Schweinhagen**          CONVENE: **2:05 pm**

DEPUTY CLERK: **Liz Penski**          RECESS: **3:05 pm**